**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Olympia Investments, Incorporated** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Olympia Investments, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **53-0228642** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**3520 Connecticut Ave, NW**<br>**Washington, DC 20008**<br>Number, Street, City, State & ZIP Code<br><br>**District of Columb**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**See attached**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Olympia Investments, Incorporated**
_____
Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　5311

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Olympia Investments, Incorporated**                          Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Tsintolas Investments, Incorporated**    Relationship    **Affiliate**

District    **DC**    When    **5/07/24**    Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Olympia Investments, Incorporated**                                    Case number (*if known*)
          Name

| | |
|---|---|

**16.  Estimated liabilities**

☐ $0 - $50,000  
☐  $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50  million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor  **Olympia Investments, Incorporated** _____   Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  6, 2024** _____
              MM / DD / YYYY

**X** **/s/ Efstratios Tsintolas** _____           **Efstratios Tsintolas** _____
      Signature of authorized representative of debtor         Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Stephen A. Metz, Esquire** _____   Date  **May  6, 2024** _____
      Signature of attorney for debtor                              MM / DD / YYYY

**Stephen A. Metz, Esquire 463044** _____
Printed name

**Offit Kurman, P.A.** _____
Firm name

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814** _____
Number, Street, City, State & ZIP Code

Contact phone   **240-507-1723** _____   Email address   **smetz@offitkurman.com** _____

**463044 DC** _____
Bar number and State

Location of Principal Assets

810 Kennedy Street, NW, Washington DC 20011
829 Rock Creek Church Road, NW, Washington, DC 20010
1010 G Street, NE, Washington, DC 20002
1521 E Street, SE, Washington, DC 20003
5400 7th Street, NW, Washington, DC 20011
3901 53rd Street, Bladensburg, MD 20710
8212 Flower Avenue, Takoma Park, MD

4863-0592-1980, v. 1

**Fill in this information to identify the case:**

Debtor name    **Olympia Investments, Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**       X /s/ **Efstratios Tsintolas**
                                    Signature of individual signing on behalf of debtor

                                    **Efstratios Tsintolas**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Olympia Investments, Incorporated** | |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Combustion Industries 7100 Holladay Tyler Road #223 Glenn Dale, MD 20769** | | Invoice addressed to Tsintolas Estate but service provided to Debtor | | | | $4,611.16 |
| **American Pest Management 11820 W. Market Place Fulton, MD 20759** | | Invoice addressed to Tsintolas Estate but service provided to Debtor | | | | $539.40 |
| **Arthur Brunson 1519 E Street, SE Washington, DC 20003** | | Damage claim | | | | $500.00 |
| **Butch Enterprises Inc 10332 Main Street, #256 Fairfax, VA 22030** | | | Disputed | | | $480.00 |
| **Citibank P.O. Box 6500 Sioux Falls, SD 57117** | | Home Depot credit card, invoices addressed to D.E. Nicholas Inc. but services provided to debtor | | | | $2,331.37 |
| **DC Water and Sewer Authority P. O. Box 97200 Washington, DC 20090** | | | | | | $3,600.00 |
| **DC Water and Sewer Authority P. O. Box 97200 Washington, DC 20090** | | Invoice addressed to Tsintolas Realty Co. but service provided to Debtor | | | | $3,447.40 |

| Debtor | **Olympia Investments, Incorporated** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HBM Management Associates 6 Elmwood Lane Syosset, NY 11791** | | | | | | **$10,863.00** |
| **Hercules & Company LTD 3520 Connecticut Avenue NW Washington, DC 20008** | | roof | | | | **$25,953.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | withholdings | | | | **$1,059.98** |
| **Law Office of Jon Windle 2500 E. Las Olas Boulevard #609 Fort Lauderdale, FL 33301** | | | | | | **$1,000.00** |
| **Pepco Corporate Correspondence PO Box 97274 Washington, DC 20090-7274** | | | | | | **$728.23** |
| **Petro Home Services 8900 Citation Road Essex, MD 21221** | | Invoice addressed to Tsintolas Realty Co. but service provided to Debtor | | | | **$1,200.00** |
| **Shulman Rogers 12505 Park Potomac Ave Attn: Glenn Etelson, Esq Potomac, MD 20854** | | legal fees | | | | **$102,950.00** |
| **Turner Leins & Gold 700 King Farm Boulevard Rockville, MD 20850** | | | Disputed | | | **$6,500.00** |
| **Washington Gas 6801 Industrial Rd Springfield, VA 22151** | | | | | | **$2,711.67** |
| **Waste Management of Maryland, Inc. Attn: Marvin F Poer and Company PO Box 52427 Atlanta, GA 30355** | | | | | | **$2,779.26** |

Debtor  **Olympia Investments, Incorporated**                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management of Maryland, Inc. Attn: Marvin F Poer and Company PO Box 52427 Atlanta, GA 30355** | | **Invoices addressed to Tsintolas Realty Co. but services provided to Debtor** | | | | **$658.03** |
| **WSSC 14501 Sweitzer Lane Laurel, MD 20707-5901** | | **Invoices addressed to Tsintolas Realty Co but services provided to debtor** | | | | **$903.09** |
| **WSSC 14501 Sweitzer Lane Laurel, MD 20707-5901** | | | | | | **$865.04** |

# United States Bankruptcy Court
### District of District of Columbia

In re   **Olympia Investments, Incorporated**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cassandra Tsintolas Johnson Rev. Trust**<br>**Cassandra Johnson, Trustee**<br>**13321 Query Mill Road**<br>**Gaithersburg, MD 20878** | | **25%** | |
| **Chris Tsintolas & Deborah Tsintolas**<br>**8415 Rapley Ridge Lane**<br>**Rockville, MD 20850** | | **25%** | |
| **Efstratios Tsintolas & Suzanne Tsintolas**<br>**14724 Westbury Rd**<br>**Rockville, MD 20853** | | **25%** | |
| **Fotini Tsintolas Economides Rev. Trust**<br>**Fotini Economides, Trustee**<br>**6265 Clearwood Road**<br>**Bethesda, MD 20817** | | **25 %** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May  6, 2024**

Signature   **/s/ Efstratios Tsintolas**

**Efstratios Tsintolas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AAA Fire Extinguisher Service
 10087 Tyler Ct
Ijamsville, MD 21754


Acardian Construction Company
3520 Connecticut Avenue NW
Washington, DC 20008


Alexander Russonoff
1010 G Street, NE
Apt 303
Washington, DC 20002


American Combustion Industries
7100 Holladay Tyler Road #223
Glenn Dale, MD 20769


American Pest Management
11820 W. Market Place
Fulton, MD 20759


Amy Aronstamn
8212 Flower Avenue
Apt 305
Takoma Park, MD 20912


Amy Young
3901 53rd Street
Apt 203
Bladensburg, MD 20710


Angele Griffin
1521 E Stret, SE
Apt 202
Washington, DC 20003


Antonio Pozo
8212 Flower Avenue, #104
Takoma Park, MD 20912

Antonio Pozo
8212 Flower Avenue
Apt 104
Takoma Park, MD 20912


Arthur Brunson
1519 E Street, SE
Washington, DC 20003


Baltazar Ortiz
3520 Connecticut Avenue NW
Washington, DC 20008


Brandon Marino
8212 Flower Avenue
Apt 306
Takoma Park, MD 20912


Brian Dickerson
5400 - 7th Street, NW
Apt 208
Washington, DC 20011


Butch Enterprises Inc
10332 Main Street, #256
Fairfax, VA 22030


Carlos Castillo
810 Kennedy Street, NW
Apt 104
Washington, DC 20011


Carlos Castillo
810 Kennedy Street, NW
Apt 303
Washington, DC 20011

Carolyn Lynch
5400 - 7th Street, NW
Apt 106
Washington, DC 20011


Cassandra Johnson
13321 Query Mill Road
Gaithersburg, MD 20878


Cassandra Johnson and Randel Johnson
13321 Query Mill Road
Gaithersburg, MD 20878


Cassandra Jones
3901 53rd Street
Apt 405
Bladensburg, MD 20710


Cassandra Tsintolas Johnson Revocable Tr
13321 Query Mill Road
Gaithersburg, MD 20878


Catherine E. Weber
5400 - 7th Street, NW
Apt 202
Washington, DC 20011


Cecelia Quinteros
3901 53rd Street
Apt 4
Bladensburg, MD 20710


Central Safe & Lock Company
1107 7th Street
Washington, DC 20001


Chris Tsintolas
8415 Rapley Ridge Lane
Potomac, MD 20854

Chris Tsintolas & Deborah Tsintolas
8415 Rapley Ridge Lane
Rockville, MD 20850


Citibank
P.O. Box 6500
Sioux Falls, SD 57117


Comptroller of Maryland
Compliance Division
State Office Building
301 W. Preston Street, Room 203
Baltimore, MD 21201-2383


Corey King
3901 53rd Street
Apt 303
Bladensburg, MD 20710


Crystal Fletcher
3901 53rd Street
Apt 305
Bladensburg, MD 20710


Crystal Vasquez
3901 53rd Street
Apt 106
Bladensburg, MD 20710


Cyntia Leland
3901 53rd Street
Apt 306
Bladensburg, MD 20710


D. E. Nicholas Inc
3520 Connecticut Avenue NW
Washington, DC 20008

Day, Deadrick
P. O. Box 1840
Beltsville, MD 20705


DC Office of Tax and Revenue
1101 4th St., SW, #270
Washington, DC 20024


DC Water and Sewer Authority
P. O. Box 97200
Washington, DC 20090


Dea-Damita Onyyenobi
829 Rock Creek Church RD, NW
Apt 101
Washington, DC 20010


District Electrical Services
100 New Jersey Avenue SE #1000
Washington, DC 20003


Dominic Bonzie
8212 Flower Avenue
Apt 303
Takoma Park, MD 20912


Edet Ndem
810 Kennedy Street, NW
Apt 101
Washington, DC 20011


Edgar Castillo
3901 53rd Street
Apt 101
Bladensburg, MD 20710

Edwinta Williams
1521 E Stret, SE
Apt 302
Washington, DC 20003


Efstratios D. Tsintolas
3520 Connecticut Avenue NW
Washington, DC 20008


Efstratios Tsintolas & Suzanne Tsintolas
3520 Connecticut Avenue NW
Washington, DC 20008


Elizabeth Nelle-Davis
1010 G Street, NE
Apt 203
Washington, DC 20002


Ellan Kosta
8212 Flower Avenue
Apt 101
Takoma Park, MD 20912


Elton Domond
8212 Flower Avenue
Apt 206
Takoma Park, MD 20912


Emanuel Brooks
3901 53rd Street
Apt 406
Bladensburg, MD 20710


Emigder Diaz
5400 - 7th Street, NW
Apt 108
Washington, DC 20011

Emily Ingmire
1521 E Stret, SE
Apt 102
Washington, DC 20003


Eric Correll
8212 Flower Avenue
Apt 202
Takoma Park, MD 20912


Ernest Evans
3901 53rd Street
Apt 102
Bladensburg, MD 20710


Ferguson Enterprises
11730 Baltimore Avenue
Beltsville, MD 20705


Fesseha Fassil and Sara Kebreab
810 Kennedy Street, NW
Apt 304
Washington, DC 20011


Fotini Economides
6265 Clearwood Road
Bethesda, MD 20817


Fotini Tsintolas Economides Revocable Tr
6265 Clearwood Road
Bethesda, MD 20817


Gregory Burgess
8212 Flower Avenue
Apt 204
Takoma Park, MD 20912

Harford Mutual Insurance Companies
200 N Main St.
Bel Air, MD 21014


HBM Management Associates
6 Elmwood Lane
Syosset, NY 11791


Hercules & Company LTD
3520 Connecticut Avenue NW
Washington, DC 20008


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Issac Santos
810 Kennedy Street, NW
Apt 202
Washington, DC 20011


James Turner-Smith
829 Rock Creek Church RD, NW
Apt 102
Washington, DC 20010


Janet Brown
3901 53rd Street
Apt 403
Bladensburg, MD 20710


Jason Blevins
829 Rock Creek Church RD, NW
Apt 201
Washington, DC 20010

Jennifer Schaffer
8212 Flower Avenue
Apt 304
Takoma Park, MD 20912


Jenny Walton
8212 Flower Avenue
Apt 301
Takoma Park, MD 20912


Jeremy Flyn
8212 Flower Avenue
Apt 102
Takoma Park, MD 20912


Jessica Cetoute
5400 - 7th Street, NW
Apt 203
Washington, DC 20011


John P. Lerche, Jr
810 Kennedy Street, NW
Apt 301
Washington, DC 20011


Jose Martinez
810 Kennedy Street, NW
Apt 205
Washington, DC 20011


Jose Wilfredo
3901 53rd Street
Apt 206
Bladensburg, MD 20710


Juan Ortiz
5400 - 7th Street, NW
Apt 205
Washington, DC 20011

Karina Cuevas
1010 G Street, NE
Apt 104
Washington, DC 20002


Katie L. Aguila
810 Kennedy Street, NW
Apt 302
Washington, DC 20011


Keith Wilson
8212 Flower Avenue
Apt 1
Takoma Park, MD 20912


Kendall Smith
8212 Flower Avenue
Apt 103
Takoma Park, MD 20912


Kethia Clairvoyant
810 Kennedy Street, NW
Apt 204
Washington, DC 20011


Kevin Fagan
3901 53rd Street
Apt 304
Bladensburg, MD 20710


Kevin L. McQueen
1010 G Street, NE
Apt 301
Washington, DC 20002


Kevin Massie
829 Rock Creek Church RD, NW
Apt 202
Washington, DC 20010

Kimberly R. Bullard
810 Kennedy Street, NW
Apt 102
Washington, DC 20011


Kristina Aguillar
3901 53rd Street
Apt 301
Bladensburg, MD 20710


LaCurtis Gates
5400 - 7th Street, NW
Apt 103
Washington, DC 20011


Laura Kelly
1010 G Street, NE
Apt 205
Washington, DC 20002


Laurice Medley
3901 53rd Street
Apt 105
Bladensburg, MD 20710


Law Office of Jon Windle
2500 E. Las Olas Boulevard #609
Fort Lauderdale, FL 33301


Leana Cummins
1010 G Street, NE
Apt 204
Washington, DC 20002


Leton White
3901 53rd Street
Apt 103
Bladensburg, MD 20710

Marcus Williams
3901 53rd Street
Apt 204
Bladensburg, MD 20710


Marrisa Cikovic
810 Kennedy Street, NW
Apt 203
Washington, DC 20011


Maryland Department of the Environment
1800 Washington Blvd
Baltimore, MD 21230


Maryland Elevator Services
2147 Priest Bridge Drive
Crofton, MD 21114


Maryland Unemployment Insurance Fund
1100 North Eutaw Street
Baltimore, MD 21201


Mateo Batkis
8212 Flower Avenue
Apt 201
Takoma Park, MD 20912


McCormick Paint Work
11200 Rockville Pike
Rockville, MD 20852


Mckinley Dote
8212 Flower Avenue
Apt 203
Takoma Park, MD 20912

Michael Clark
5400 - 7th Street, NW
Apt 1
Washington, DC 20011


Michael Henderson
3901 53rd Street
Apt 404
Bladensburg, MD 20710


Michael Miller
3901 53rd Street
Apt 201
Bladensburg, MD 20710


Michael Ward
8212 Flower Avenue
Apt 205
Takoma Park, MD 20912


Miguelina Rodriguez
810 Kennedy Street, NW
Apt 305
Washington, DC 20011


Mileham & King
2 Metropolitan Court #A
Gaithersburg, MD 20878


Monica Valentine
3901 53rd Street
Apt 104
Bladensburg, MD 20710


Montgomery County Department of Finance
Division of Treasury, Property Tax Secti
27 Courthouse Square, Suite 200
Rockville, MD 20850

Nathaniel Matineau
3901 53rd Street
Apt 402
Bladensburg, MD 20710


Nicholas Falk
1521 E Stret, SE
Apt 101
Washington, DC 20003


Nico Christiansen
1010 G Street, NE
Apt 201
Washington, DC 20002


Octavia Silva
5400 - 7th Street, NW
Apt 201
Washington, DC 20011


Olga Lefebvre
5400 - 7th Street, NW
Apt 4
Washington, DC 20011


Osiel Castillo
8212 Flower Avenue
Apt 2
Takoma Park, MD 20912


Osiel Castillo
3901 53rd Street
Apt 401
Bladensburg, MD 20710


Oyamiwa Walker
3901 53rd Street
Apt 302
Bladensburg, MD 20710

Pepco
Corporate Correspondence
PO Box 97274
Washington, DC 20090-7274


Peter Tuths
829 Rock Creek Church RD, NW
Apt 302
Washington, DC 20010


Petro Home Services
8900 Citation Road
Essex, MD 21221


Philip Knuffke and Bridget Safranek
1010 G Street, NE
Apt 102
Washington, DC 20002


Pricie Staley
829 Rock Creek Church RD, NW
Apt 301
Washington, DC 20010


Prince George's County
Office of Finance
County Administration Building
14741 Gov Oden Bowie Dr.# 3200
Greenbelt, MD 20770


Randel Johnson and Cassandra Johnson
13321 Query Mill Rd
Gaithersburg, MD 20878


Rebekka Kehlenbrink
1010 G Street, NE
Apt 304
Washington, DC 20002

Rent Control Consultants
60 Market Street #211
Gaithersburg, MD 20878


Ricardo Ventura
3901 53rd Street
Apt 1
Bladensburg, MD 20710


Robert Hopengarner
1010 G Street, NE
Apt 103
Washington, DC 20002


Runaldo Umana
5400 - 7th Street, NW
Apt 104
Washington, DC 20011


Sabrina A. Kalin Martinez
5400 - 7th Street, NW
Apt 2
Washington, DC 20011


Samantha Fast
1010 G Street, NE
Suite 101
Washington, DC 20002


Santos Andrade
810 Kennedy Street, NW
Apt 103
Washington, DC 20011


Sara Katesnelson
1521 E Stret, SE
Apt 201
Washington, DC 20003

Sergio Pozo
8212 Flower Avenue
Apt 105
Takoma Park, MD 20912


Sherwin Williams Company
9104 Baltimore Avenue
College Park, MD 20740


Shulman Rogers
12505 Park Potomac Ave
Attn: Glenn Etelson, Esq
Potomac, MD 20854


Simon Akumchi
5400 - 7th Street, NW
Apt 101
Washington, DC 20011


Simone Jennings
5400 - 7th Street, NW
Apt 5
Washington, DC 20011


Stanley Banks
1521 E Stret, SE
Apt 301
Washington, DC 20003


Stephen Perkins
5400 - 7th Street, NW
Apt 102
Washington, DC 20011


Susan Gerrard
5400 - 7th Street, NW
Apt 206
Washington, DC 20011

Suzanne M. Tsintolas
3520 Connecticut Avenue NW
Washington, DC 20008


Tammy A. Barnes
1010 G Street, NE
Apt 202
Washington, DC 20002


Thomas Plagwitz
3901 53rd Street
Apt 202
Bladensburg, MD 20710


Tito Castillo
3901 53rd Street
Apt 205


Trevor Brown
5400 - 7th Street, NW
Apt 3
Washington, DC 20011


Tsintolas Investments, Incoported
3520 Connecticut Ave, NW
Washington, DC 20008


Tsintolas Realty Company
3520 Connecticut Avenue NW
Washington, DC 20008


Turner Leins & Gold
700 King Farm Boulevard
Rockville, MD 20850


TW Perry
8101 Snouffer School Lane
Gaithersburg, MD 20879

Tyler Brown
1010 G Street, NE
Apt 302
Washington, DC 20002


Tyrell Battle
810 Kennedy Street, NW
Apt 201
Washington, DC 20011


Ukuba Seelentine
8212 Flower Avenue
Apt 106
Takoma Park, MD 20912


Vanessa Ndege
5400 - 7th Street, NW
Apt 207
Washington, DC 20011


Verizon
P. O. Box 15124
Albany, NY 12212


Vivian Kamara
3901 53rd Street
Apt 2
Bladensburg, MD 20710


Washington Gas
6801 Industrial Rd
Springfield, VA 22151


Waste Management of Maryland, Inc.
Attn: Marvin F Poer and Company
PO Box 52427
Atlanta, GA 30355

```
William Price
3901 53rd Street
Apt 3
Bladensburg, MD 20710
```

```
WSSC
14501 Sweitzer Lane
Laurel, MD 20707-5901
```

```
Zuhra Abbamin
5400 - 7th Street, NW
Apt 105
Washington, DC 20011
```

```
Zyair Samira
8212 Flower Avenue
Apt 302
Takoma Park, MD 20912
```

# United States Bankruptcy Court
### District of District of Columbia

In re   **Olympia Investments, Incorporated**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Olympia Investments, Incorporated**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  6, 2024**

Date

**/s/ Stephen A. Metz, Esquire**

**Stephen A. Metz, Esquire 463044**

Signature of Attorney or Litigant

Counsel for   **Olympia Investments, Incorporated**

**Offit Kurman, P.A.**

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
**240-507-1723 Fax:240-507-1735**
**smetz@offitkurman.com**